

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2019

No. 04-19-00420-CV

Steven **ROBLES**,
Appellant

v.

Sally **ALBA**, et al.,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 090324241MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

It is so **ORDERED** on July 10, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said court on this 10th day of July, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court